UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:  CASE NO. 06-26078

    BENJAMIN R. RAPP, JR.

    DEBTOR(S)  CHAPTER 13

NOTICE OF TRANSFER OF
PROOF OF CLAIM

ANY OBJECTION OF THIS NOTICE MUST BE FILED WITHIN TWENTY (20) DAYS OF THE MAILING OF THIS NOTICE. IF A TIMELY OBJECTION IS NOT FILED WITHIN THIS TIME, THE TRANSFEREE NAMED HEREIN SHALL BE SUBSTITUTED FOR THE TRANSFEROR AND THE TRUSTEE SHALL BEGIN DISBURSEMENTS TO THE TRANSFEREE.

COMES NOW, General Electric Capital Corporation, ("Transferee") and files this Notice of Transfer of Proof of Claim pursuant to Bankruptcy Rule 3001. CitiCapital Commercial Corporation ("CitiCapital") filed a proof of claim in the above-referenced bankruptcy case on 06-26078. CitiCapital transferred this claim to Transferee on February 1, 2005. Payments on this claim should now be made to Transferee at the following address:

    General Electric Capital Corporation

    Transportation Finance

    PO Box 822108

    Philadelphia, PA 19182-2108

Dated: 8-21-07

Scott Coppolino
Bankruptcy Manager
General Electric Capital Corporation
300 E John Carpenter Frwy, Ste. 302
Irving, TX 75062

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:  CASE NO. 06-26078
    BENJAMIN F. RAPP, JR.

    DEBTOR(S)  CHAPTER 13

## CERTIFICATE OF SERVICE

I, Scott Coppolino, Bankruptcy Manager of General Electric Capital Corporation, hereby certify that a true and correct copy of the Notice of Transfer has been served by U.S. Mail on the following parties on 8-21, 2007.

| | |
|---|---|
| Debtor: | BENJAMIN F. RAPP, JR.<br>209 CENTER STREET, BEAVER FALLS, PA 15010 |
| Debtor's Attorney: | EDGARDO D. SANTILLAN<br>650 CORPORATION ST., STE. 304, BEAVER, PA 15009 |
| Transferor: | CITICAPITAL COMMERCIAL CORP.<br>3950 REGENT BLVD., MLSTP 2SB-230, IRVING, TX 75063 |
| Trustee: | RONDA J. WINNECOUR<br>SUITE 3250, USX TOWER, 600 GRANT STREET<br>PITTSBURGH, PA 15219 |

_____
Scott Coppolino
Bankruptcy Manager
General Electric Capital Corporation
300 E John Carpenter Frwy, Ste. 302
Irving, TX 75062

**ACKNOWLEDGEMENT**

CitiCapital Commercial Corporation, formerly known as Associates Commercial Corporation, and/or CitiCapital Commercial Leasing Corporation, formerly known as Associates Leasing, Inc. hereby acknowledge that all its/their right, title and interest in and to the Security Agreements/Leases described in Schedule A attached hereto and the collateral described therein have been assigned to General Electric Capital Corporation ("GE Capital").

Dated: 8-21-07

CitiCapital Commercial Corporation
CitiCapital Commercial Leasing Corporation

By: _____
Scott Coppolino

Title:    Authorized Representative
          Via Power of Attorney


**SCHEDULE A**

| CONTRACT/ LEASE NUMBER: | OBLIGOR/ LESSEE NAME: |
|---|---|
| 211-0162318-000 (New account number 1472647001) | Benjamin F. Rapp, Jr. |