**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>BENJAMIN F RAPP JR<br>CAROLYN L RAPP<br><br>         Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>         Movant<br>    vs.<br>CITICAPITAL CMMCL<br>CORP/SCCSR* ++<br><br>         Respondents | Case No. 06-26078 JAD<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to GE TRANSPORTATION FINANCE. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

| | |
|---|---|
| CITICAPITAL CMMCL CORP/SCCSR* ++<br>ASSOCIATES CMMCL CORP<br>1615 BRETT RD BOX #6449<br>NEW CASTLE, DE 19720 | Court claim# /Trustee CID# 2 |

The Movant further certifies that on 03/16/2012 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
| | /s/ Ronda J. Winnecour<br>Ronda J. Winnecour Pa I.D.# 30399<br>Chapter 13 Trustee WD Pa.<br>600 Grant Street |
| cc:  debtor(s)<br>      original creditor<br>      putative creditor<br>      counsel for debtor(s)<br>      counsel for the creditor(s) (if known) | Suite 3250 US Steel Tower<br>Pittsburgh, PA 15219<br>(412) 471-5566 |

DEBTOR(S):
BENJAMIN F RAPP JR
CAROLYN L RAPP
209 CENTER STREET
BEAVER FALLS, PA  15010

DEBTOR'S COUNSEL:
SANTILLAN & ASSOC PC**
650 CORPORATION ST STE 304
BEAVER, PA  15009

NEW CREDITOR:
GE TRANSPORTATION FINANCE
POB 822108
PHILADELPHIA PA 19182-2108

DEBTOR'S COUNSEL:
EDGARDO SANTILLAN ESQ**
SANTILLAN & ASSOC PC**
650 CORPORATION ST STE 304
BEAVER, PA  15009

ORIGINAL CREDITOR:
CITICAPITAL CMMCL CORP/SCCSR*
++
ASSOCIATES CMMCL CORP
1615 BRETT RD BOX #6449
NEW CASTLE, DE  19720